IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 29 2000

Michael N. Milby, Clerk

GEORGE RODRIGUEZ,
    Plaintiff,

-vs.-                          CIVIL ACTION NO. C-00-116

G. R. MOORE D/B/A
THE CAR SHACK,             JURY DEMAND
    Defendant.

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff, George Rodriguez, files his certificate of interested parties. The interested parties are:

Mr. George Rodriguez, 7309 Candy Ridge, Corpus Christi, Texas

Mr. G. R. Moore, Ms. Terry Moore & The Car Shack, 2603 S.P.I.D., Corpus Christi, Texas 78415.

Respectfully Submitted,

*[signature]*

James T. McMillen
Texas Bar No. 13800250
Southern District ID. #354
801 Ayers Street
Corpus Christi, Texas 78404-1914
Tel: (361) 887-7200
Fax: (361) 887-6006
E-mail: bklaw@trip.net

George Rodriguez - Certificate of Interested Parties           Page - 1 -

## Certificate of Service

I hereby certify that on March 29, 2000, I mailed a true and correct copy of the foregoing document along with a proposed order to each entity entitled to notice by First Class United States Mail, postage prepaid, addressed as follows:

Mr. G. R. Moore
d/b/a The Car Shack
2603 S.P.I.D.
Corpus Christi, Texas 78415

Mr. Scott Duncan
P.O. Box 2968
Corpus Christi, Texas 78403-2968

*James T. McMillen*
James T. McMillen