United States District Court
Southern District of Texas
FILED

APR 12 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GEORGE RODRIGUEZ, *Plaintiff,* <br><br> VS. <br><br> G. R. MOORE D/B/A THE CAR SCHACK, *Defendant.* | Civil Action No. C-00-116 <br><br> CLASS ACTION <br> JURY DEMAND |

## WAVIER OF SERVICE OF SUMMONS

TO: James T. McMillen, Attorney

I acknowledge receipt of your request that I waiver service of summons in the above action of *GEORGE RODRIGUEZ,, v. g. r. G. R. MOORE D/B/A THE CAR SHACK*, which is case number C-99-250 in the United States District Court for the Southern District of Texas. I have received a copy of the complaint, in the action and two copies of this instrument, and means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served on you within 60 days after March 23, 2000, or within 90 days after that date if the request was sent out of the United States.

_4. 3. 00_
Date

_[signature]_
MR. G. R. MOORE D/B/A THE CAR SCHACK