# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

APR 18 2000

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| George Rodriguez | **NOTICE** | |
| V. | **Resetting** | |
| G. R. Moore dba The Car Shack | | CASE NUMBER: C-00-116 |

**TYPE OF CASE:**      _X_ CIVIL           ___ CRIMINAL

### YOU ARE HEREBY DIRECTED TO APPEAR BEFORE:

JUDGE JANIS GRAHAM JACK

United States Courthouse
3rd Floor Courtroom
521 Starr Street
Corpus Christi, Texas 78401

On      Thursday, April 27, 2000                              at                    1:15 p.m.

### PURPOSE OF PROCEEDING:

_X_ Initial Pretrial Conference                             ___ Motion Hearing
    Note: Client(s) are not required to appear

___ Jury Selection and Trial                                ___ Show Cause Hearing

___ Re-Arraignment                                          ___ Sentencing

___ Other:_____                            ___ Revocation Hearing


Michael N. Milby, Clerk

By Deputy:  Mary Beth Garza                                 April 18, 2000

cc: James McMillen
    Scott Duncan