# CIVIL COURT MINUTES

**JUDGE PRESIDING:**  JANIS GRAHAM JACK

**CASE MANAGER:**  Mary Beth Garza

**COURT RECORDER:**  Velma Gano

**LAW CLERK:**  Erik Hansen

**U. S. C. S. O. :**  Eddie Jasso

**U. S. MARSHAL:**

**INTERPRETER:**

United States District Court
Southern District of Texas

APR 2 7 2000

MICHAEL N. MILBY
CLERK

**DATE:**  April 27, 2000     **OPEN:** 11:00     **ADJOURN:** 11:14

**TAPE:**  # 1

## CIVIL ACTION NUMBER:  C-00-116

George Rodriguez                          COUNSEL:  James McMillen

**VS.**

G. R. Moore dba The Car Shack             COUNSEL: Scott Duncan

√ IPTC: Case called. Appearances are made. Discussion of case matters. Scheduling order is signed. Court refers parties to mediation. Court signs general order. Court orders parties to pre-mark and exchange trial exhibits, prior to the filing of the JPTO.

6.