IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GEORGE RODRIGUEZ | § | |
| | § | |
| V. | § | C.A. NO. C-00-116 |
| | § | |
| G.R. MOORE d/b/a The Car Shack | § | |

### ORDER

IT IS ORDERED that no later than the original date set for the filing of the Joint Pretrial Order, all parties shall pre-mark and exchange exhibits they intend to use during the course of trial.

ORDERED this 27th day of April, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE