IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAY 25 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| GEORGE RODRIGUEZ, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. C-00-116 |
| | § | |
| G.R. MOORE D/B/A | § | |
| THE CAR SHACK, | § | |
| Defendants. | § | |

## MOTION TO DISMISS

COMES NOW, GEORGE RODRIGUEZ, Plaintiff, and requests that this Honorable Court dismiss his claim against G.R. MOORE D/B/A THE CAR SHACK, Defendants, with prejudice and for same would show that the Plaintiff has settled his claim against Defendants.

WHEREFORE, Plaintiff requests that his Claim against the Defendant be dismissed with prejudice and that all costs be adjudged to the party who incurred same.

Respectfully submitted,

_____
James T. McMillen
801 Ayers Street
Corpus Christi, Texas 78404-1914
Tel: (361) 887-7200; Fax: (361) 887-6006
Attorney in Charge for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a true and correct copy of the foregoing Motion to Dismiss and proposed Order to Mr. Scott J. Duncan, Attorney for Defendants, Porter, Rogers, Dahlman & Gordon, P.C., One Shoreline Plaza, Suite 800, Corpus Christi, Texas 78401-3708 by postage prepaid First Class Mail on this the 25th day of May, 2000.

_____
James T. McMillen

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GEORGE RODRIGUEZ,<br>Plaintiff,<br><br>vs.<br><br>G.R. MOORE D/B/A<br>THE CAR SHACK,<br>Defendants. | § § § § § § § § §   Civil Action No. C-00-116 |

## ORDER

This matter came before the Court on the date listed below on the Motion to Dismiss this cause of action by the Plaintiff and the Court after review of said motion and related documents, is of the opinion that this cause of action should be dismiss against the Defendants with prejudice, therefore,

    IT IS ORDERED AND ADJUDGED that this case shall be dismissed with prejudice and that all costs shall be adjudged to the party who incurred same.

DATED: _____

_____
HONORABLE JANIS GRAHAM JACK
UNITED STATES DISTRICT COURT