IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 6 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| GEORGE RODRIGUEZ, | § |
| Plaintiff, | § |
| | § |
| vs. | § Civil Action No. C-00-116 |
| | § |
| G.R. MOORE D/B/A | § |
| THE CAR SHACK, | § |
| Defendants. | § |

## ORDER

This matter came before the Court on the date listed below on the Motion to Dismiss this cause of action by the Plaintiff and the Court after review of said motion and related documents, is of the opinion that this cause of action should be dismiss against the Defendants with prejudice, therefore,

IT IS ORDERED AND ADJUDGED that this case shall be dismissed with prejudice and that all costs shall be adjudged to the party who incurred same.

DATED: _5-31-00_

_____
HONORABLE JANIS GRAHAM JACK
UNITED STATES DISTRICT COURT